**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU'VAISHIA DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>CCS FINANCIAL SERVICES, INC.; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 10-00485 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 25, 2011</u>

                                                VIRGINIA A. PHILLIPS
                                    United States District Judge