JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-00485 VAP(OPx)                                Date:  March 30, 2011

Title:   AU'VAISHIA DAVIS -v- CCS FINANCIAL SERVICES, INC.; AND DOES 1-10, INCLUSIVE
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:       MINUTE ORDER VACATING JUDGMENT AND MINUTE ORDER (IN CHAMBERS)

     On February 11, 2011, the Court issued an OSC re: dismissal for lack of prosecution, requiring Plaintiff Au'vaishia Davis ("Plaintiff") to show cause in writing by March 3, 2011, why her action should not be dismissed for failure to prosecute. (See Doc. No. 6 ("OSC").)  The OSC stated that an Answer filed by the Defendant would be an appropriate response to the OSC. (Id.) On March 2, 2011, Defendant CCS Financial Services filed its answer. (Doc. No. 7.) Nevertheless, the Court inadvertently dismissed Plaintiff's Complaint because she did not file a response to the OSC. (See Doc. No. 10.)

     Under Federal Rule of Civil Procedure 60(a), courts may correct "a mistake

MINUTES FORM 11                                    Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                          Page 1

**EDCV 10-00485 VAP(OPx)**
**AU'VAISHIA DAVIS v. CCS FINANCIAL SERVICES, INC.; AND DOES 1-10, INCLUSIVE**
**MINUTE ORDER of March 30, 2011**

arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."  Moreover, the Court "may do so . . . on its own, with or without notice."  Id.  Accordingly as the Judgment and Minute Order here were the result of an "oversight," the Court, on its own motion, VACATES the Judgment and Minute Order entered on March 25, 2011 (Doc. Nos. 10, 11).  Further, the Court finds Defendant's answer an appropriate response to the OSC and VACATES the OSC (Doc. No. 6).

    **IT IS SO ORDERED.**