JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| Au'vaishia Davis,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CCS Financial Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. 5:10-cv-00485-VAP (OPx)<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

　　　　The Court has reviewed the Stipulation of Defendant CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES, INC. ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff AU'VAISHIA DAVIS ("Plaintiff"), by and through her respective counsel of record, Lara R. Shapiro, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED:_June 9, 2011     _____
UNITED STATES DISTRICT COURT JUDGE